Case: 1:25-cv-13736 Document #: 20 Filed: 03/05/26 Page 1 of 1 PageID #:170

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**Alexis Soto-Garcia**

Petitioner(s),

v.

**Samuel Olson, et al**

Respondent(s).

Case No. 25-cv-13736
Judge Mary M. Rowland

## <u>CORRECTED JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court grants Petitioner's Petition for a Writ of Habeas Corpus on the ground that Petitioner was held without the possibility of release on bond in violation of the Immigration and Nationality Act, 8 U.S.C. 1226(a). Within seven days of the issuance of the Court's Opinion [12], Respondents were ordered to either (1) afford Petitioner a bond hearing before an Immigration Judge under 8 U.S.C. 1226(a), or (2) release Petitioner from custody under reasonable conditions of supervision. Given the parties' report [13] that Petitioner was released from custody, all relief sought in the Petition and granted by the Court has been completed. Judgment is entered in favor of Petitioner.

This action was *(check one)*:

☒ Decided by Judge Mary M. Rowland 11/25/25

Date:   March 5, 2026

_____
Mary M. Rowland, District Judge

Thomas G. Bruton, Clerk of Court